AMY, J.,
concurring in part and dissenting in part.
U dissent from the majority insofar as I find the record equivocal as to whether or not the bill of information for home invasion was actually dismissed. I would order additional briefing on that issue as well. Otherwise I concur in the majority opinion.
For these reasons, I respectfully concur in part and dissent in part.
| ¿ORDER
After consideration of the Motion to Withdraw as Attorney of Record filed by counsel for the Defendant, Lili Paul Conley, and the appeal presently pending in the above captioned matter,
IT IS HEREBY ORDERED that appellate counsel’s motion to withdraw is denied; and
IT IS HEREBY ORDERED that appellate counsel file a new appellate brief within 25 days of this order, addressing the issue of what effect, if any, the nolle prose-qui of the charge of home invasion and the filing of a new bill of information charging aggravated battery has on the conviction for home invasion.
Appellee’s brief shall be filed no later than 45 days from rendition of this opinion.